```
 1  David A. Huffaker, Esq. # 119879
    LAW OFFICES OF DAVID A. HUFFAKER
 2  23929 W. Valencia Blvd., Suite 101
    Valencia, California 91355-5308
 3  (661) 288-1050 (661) 254-4844

 4  Attorneys for Plaintiff

 5  THOMAS P. O'BRIEN
    United States Attorney
 6  LEON W. WEIDMAN
    Assistant United States Attorney
 7  Chief, Civil Division
    DAVID PINCHAS C.S.B. # 130751
 8  Assistant United States Attorney
         Room 7516 Federal Building
 9       300 North Los Angeles Street
         Los Angeles, California 90012
10       Telephone:  (213) 894-2920
         Fax Number: (213) 894-7819
11       Email: david.pinchas@usdoj.gov
                                                     E-FILED 04-17-08
12  Attorneys for Defendants                         JS-6
    John E. Potter, Postmaster General
13  United States Postal Service
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH A. SCHEMBARI, | ) | NO. CV 07-1872 PSG (SSx) |
| | ) | |
| Plaintiff, | ) | ORDER DISMISSING PLAINTIFF'S |
| | ) | COMPLAINT AND ACTION WITH |
| v. | ) | PREJUDICE |
| JOHN E. POTTER, POSTMASTER | ) | |
| GENERAL, et al., | ) | |
| Defendants. | ) | |

   Pursuant to the parties' Stipulation and Agreement for Compromise Settlement and for Dismissal of Plaintiff's Complaint and Action

//

//

//

With Prejudice, IT IS HEREBY ORDERED:

1. Plaintiff's complaint and action are dismissed with prejudice in their entirety; and
2. Each party shall bear his or its own costs and attorneys fees.

DATED:   4/17/08                                        .

                    PHILIP S. GUTIERREZ
                    UNITED STATES DISTRICT JUDGE

2